No. 12–7800.  JOHNSON v. PARKER, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 12–7801.  LOPEZ v. RUDEK, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 12–7803.  JOHNSON v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 12–7804.  JEAN-LOUIS v. MASSACHUSETTS.  App. Ct. Mass. Certiorari denied.

No. 12–7806.  REVIS v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 12–7807.  RILEY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 12–7809.  SCOTT v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 12–7811.  RAMIREZ-FERNANDEZ v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 12–7812.  STEPHENS v. CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–7816.  JONES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–7818.  A. P. v. J. M. M.  Super. Ct. N. J., App. Div. Certiorari denied.

No. 12–7819.  PEYTON v. HOLLOWAY, WARDEN.  Sup. Ct. Va. Certiorari denied.

No. 12–7823.  BIRDETTE v. AT&T MOBILITY ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–7824.  BIRDETTE v. PENN FOSTER SCHOOL.  C. A. 11th Cir.  Certiorari denied.

No. 12–7826.  ANDREWS v. PAXSON.  C. A. 4th Cir.  Certiorari denied.